# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**USA**

v.                                                           Case No. 4:23cr268

**WILLIAM MCKINNLEY GARLAND (1)**
**ANASTASIYA CLAIRE LYONS (5)**

GOVERNMENT: Marisa Miller, Chalana Oliver

DEFENSE: Rafael De La Garza, James Whalen, Phillip Linder, Aaron Veuleman

    This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 1/22/2026.

**Jury Trial – Day Eight**

| | |
|---|---|
| 10:31am | Court resumes.  The Court received a note that the jury has reached a verdict. |
| 10:32 am | The jury is brought into the courtroom. |
| 10:33 am | The verdict is published. |
| 10:34 am | The jury is polled. |
| 10:35 am | The Court addresses the jury. |
| 10:36 am | The jury is dismissed. |
| 10:37 am | The defendants are remanded to the U.S. Marshal pending sentencing. |
| 10:37 am | A hearing will be scheduled for forfeiture matters.  Counsel will have 30 days to confer and inform the Court. |

10:40 am       Government's motion to substitute photos for physical exhibits.

10:42 am       Court adjourned.